UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD,<br><br>              Plaintiff,<br><br>       v.<br><br>U.S. JUDGE WILLIAM CANBY, et al.,<br><br>              Defendants. | No.  2:13-cv-1018 GEB AC PS<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed this action on May 22, 2013 together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff was granted leave to proceed in forma pauperis on November 7, 2013.  On December 24, 2013, this action was dismissed with prejudice for failure to state a claim and plaintiff was declared a vexatious litigant.  See ECF No. 5.  Plaintiff has since filed a timely Notice of Appeal.  ECF No. 7.

On January 7, 2014, the Ninth Circuit Court of Appeals filed a Referral Notice, referring this matter to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.  See 28 U.S.C. § 1915(a)(3).  An appeal is taken in "good faith" where it seeks review of any issue that is "nonfrivolous."  Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  An issue is "frivolous" if it has "no arguable basis in fact or law."  See O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

Here, plaintiff's Notice of Appeal does not identify what portion of the court's December

24, 2013 order he seeks to appeal.  Nonetheless, the undersigned, having fully considered the matter, finds that reasonable jurists could not disagree with the district court's resolution of plaintiff's claims, or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.  Accordingly, any appeal would be frivolous or taken in bad faith, and plaintiff's in forma pauperis status should be revoked

     Accordingly, IT IS HEREBY ORDERED that plaintiff's in forma pauperis status is revoked.

DATED: January 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE